IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRIS UMBERGER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:15cv00643 |
| | ) | |
| v. | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| JOHNNY BILLITER, | ) | |
|     Respondent. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Umberger's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

Entered: February 3, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge